# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Kofi Jamison

                        Plaintiff,

v.                                         Case No.: 1:12−cv−04415
                                             Honorable Virginia M. Kendall

First Credit Services, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 30, 2012:

      MINUTE entry before Honorable Geraldine Soat Brown: Motion hearing held. For the reasons stated on the record, Plaintiff's Motion for Protective Order [47] is denied and American Honda Finance Corporation's Motion to Compel Production of Engagement Letter and Related Agreement [49] is granted. Plaintiff shall produce the retainer agreement between plaintiff's counsel and Mr. Jamison. Defendant shall hold that document confidential attorney eyes only subject to protective order. Status hearing set for 3/6/13 at 9:30 a.m. following the status with the District Judge. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.