**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KOFI JAMISON, | ) | |
| Plaintiff, | ) | Case No. 12-cv-4415 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| FIRST CREDIT SERVICES, INC. d.b.a. | ) | |
| ACCOUNTS RECEIVABLE | ) | Magistrate Geraldine Soat Brown |
| TECHNOLOGIES, and AMERICAN | ) | |
| HONDA FINANCE CORPORATION | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Kofi Jamison and Defendants First Credit Services Inc. ("FCS") and American Honda Finance Corp. ("Honda"), by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that:

1.     Plaintiff's individual claims against FCS and Honda are dismissed with prejudice, and the class claims are dismissed without prejudice, with each party to bear his or its own costs and attorneys' fees.

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Eric S. Mattson<br>Counsel for American<br>Honda Finance Corp.<br><br>Eric S. Mattson<br>Michael C. Andolina<br>Alison V. Potter<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>312-853-7000 (Tel)<br>312-853-7036 (fax)<br>apotter@sidley.com<br>mandolina@sidley.com<br>emattson@sidley.com | /s/ James C. Vlahakis<br>Counsel for First Credit Services,<br>Inc.<br><br>James C. Vlahakis<br>David M. Schultz<br>Hinshaw & Culbertson, LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL 60606<br>jvlahakis@hinshawlaw.com<br>dschultz@hinshawlaw.com | /s/ Keith J. Keogh<br>Counsel for Kofi Jamison<br><br>Keith J. Keogh<br>Keogh Law, Ltd.<br>55 W. Monroe, Ste. 3390<br>Chicago, IL 60603<br>Keith@KeoghLaw.com |