# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kofi Jamison
                                    Plaintiff,

v.                                                     Case No.: 1:12–cv–04415
                                                         Honorable Virginia M. Kendall

First Credit Services, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2013:

      MINUTE entry before Honorable Virginia M. Kendall:Pursuant to stipulation and FRCP 41(a)(1)(A)(ii), plaintiff's individual claims against FCS and Honda are dismissed with prejudice and the class claims are dismissed without prejudice, with each party to bear his or its own costs and attorenys' fees. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.